■ In the Matter of the CHEETAH TAVERN, INC., Petitioner, v STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review respondent's determination, made July 20, 1977 after a hearing, which denied petitioner's application for a special on-premises liquor license,

and to compel respondent to issue the said license. Determination confirmed and proceeding dismissed on the merits, with costs. The State Liquor Authority's determination is amply supported by the record. Titone, J. P., Suozzi, Lazer and Cohalan, JJ., concur.